THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 DeMarco Langford, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-258
Submitted May 1, 2007  Filed May 29, 2007    

APPEAL DISMISSED

 
 
 
 Brian Austin Katonak, of Aiken; DeMarco Langford, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM:  DeMarco Langford entered guilty pleas to charges of:  possession with intent to distribute crack cocaine, second offense; possession with the intent to distribute marijuana, second offense; and possession of a stolen pistol.  He was sentenced to:  ten years imprisonment and a $50,000 fine on the crack cocaine charge; ten years imprisonment and a fine of $10,000 on the marijuana charge; and five years imprisonment on the pistol charge.  The sentences were to be served concurrently.  He appeals.
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Langfords appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON , HUFF, and BEATTY, JJ., concur.

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.